IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| RUBEN LAROTA-FLOREZ et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.# 01:09cv1181 |
| ) | |
| GOLDMAN SACHS MORTGAGE CO. ) | |
| et al., ) | |
| Defendants. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED and this case is DISMISSED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
April 9, 2010