FILED: August 19, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1523
(1:09-cv-01181-CMH-IDD)

RUBEN LAROTA-FLOREZ; CARMEN ROSA CORDOVA-PENA

Plaintiffs - Appellants

v.

GOLDMAN SACHS MORTGAGE COMPANY, A New York Limited Partnership; LITTON LOAN SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED

Defendants - Appellees

MANDATE

The judgment of this court, entered July 28, 2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk